■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY RUPNARINE, Appellant. [974 NYS2d 254]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Aloise, J.), rendered November 6, 2009, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

Contrary to the defendant's contention, under the circumstances of this case, the Supreme Court's conduct, including its alleged excessive interference in the course of the trial, did not deprive the defendant of his right to a fair trial (*see People v Vale*, 198 AD2d 246 [1993]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. Mastro, J.P., Leventhal, Lott and Roman, JJ., concur.